UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JASVIT S. TAHIM,<br><br>       Defendant. | NO. 2:19-cv-00307-TSZ<br><br>**CONSENT DECREE AND FINAL JUDGMENT** |

## CONSENT DECREE AND FINAL JUDGMENT

Plaintiff, United States of America ("Plaintiff"), commenced the above-captioned action in this Court with a complaint pursuant to 18 U.S.C. § 1345, alleging that Defendant, Jasvit S. Tahim, is committing or about to commit a banking law violation as defined in 18 U.S.C. § 3322(d), including international money laundering in violation of 18 U.S.C. § 1956(a)(2)(B).

Plaintiff and Defendant, *pro se*, wish to resolve Plaintiff's allegations without litigation and jointly request and consent to the entry of this Consent Decree and Final Judgment ("Consent Decree") without Defendant's admission of liability or wrongdoing. Defendant agrees to waive service of the Summons and the Complaint.

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendant has entered into this Consent Decree freely and without coercion. Defendant further acknowledges that he has read the provisions of this Consent Decree, understands them, and is prepared to abide by them.

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:**

1.      This Court has jurisdiction over this matter and the parties pursuant to 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c).

2.      Defendant neither admits nor denies the allegations in the Complaint. Only for purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

3.      For purposes of this Consent Decree:

a.      "Defendant" means Jasvit S. Tahim.

b.      "Person" means an individual, a corporation, a partnership, or any other entity.

c.      "Funds" include any currency, check, money order, stored value card, stored value card numbers, bank wire transmission, or other monetary value.

d.      "Tech support business" refers to any person that claims to provide security or technical support for computer or mobile devices or computer or mobile device-related equipment.

e.      "Money transmitting business" refers to a person who, for a fee, receives funds from one person for the purpose of transmitting the funds, or providing access to the funds, to another person.

f.      "Fee" refers to a payment or compensation of any kind regardless of how the payment or compensation is labeled, including but not limited to processing fees,

CONSENT DECREE
AND FINAL JUDGMENT - 2
No. 2:19-cv-00307-TSZ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

service fees, expediting fees, purchase fees, nominal fees, symbolic payments, gifts and gratuities.

4.      Upon entry of this Decree, Defendant is permanently prohibited and enjoined from, directly or indirectly, assisting, facilitating, or participating in any tech support business or money transmitting business.

5.      Within five (5) days after entry of this Consent Decree, the Defendant is ordered to submit to Postal Inspector Thomas Ninan a written acknowledgement of receipt of this Consent Decree sworn under penalty of perjury.  The statement shall be addressed to:

> U.S. Postal Inspector Thomas Ninan
> U.S. Postal Inspection Service
> c/o U.S. Department of Justice
> Patrick Henry Building
> First Floor
> 601 D St. NW
> Washington, DC 20579

6.      The Consent Decree shall not be modified except in writing by Plaintiff and the Defendant and approved by the Court.

7.      This Consent Decree shall constitute a final judgment and order in this action.

8.      This Court retains jurisdiction of this action for the purpose of enforcing or modifying this Consent Decree and for the purpose of granting such additional relief as may be necessary or appropriate.

**APPROVED AND ENTERED BY THIS COURT.**

Dated this 8th day of April, 2019.

Thomas S. Zilly
United States District Judge

CONSENT DECREE
AND FINAL JUDGMENT - 3
No. 2:19-cv-00307-TSZ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

We hereby consent to the entry of the foregoing Decree:

**FOR DEFENDANT JASVIT S. TAHIM**

Dated: January _15_, 2019

JASVIT S. TAHIM

**FOR PLAINTIFF THE UNITED STATES OF AMERICA**

March 1

Dated: ~~January~~ _____, 2019

ANNETTE HAYES
United States Attorney

By: _s/ Kayla C. Stahman_
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:     206-553-4067
Email: kayla.stahman@usdoj.gov

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch

By: _/s/ Daniel K. Crane-Hirsch_
Daniel K. Crane-Hirsch
Trial Attorney
Consumer Protection Branch
United States Department of Justice
PO Box 386
Washington, DC  20044-0386
Tel.: 202-616-8242
Fax: 202-514-8742
Email: daniel.crane-hirsch@usdoj.gov

Counsel for United States of America

CONSENT DECREE
AND FINAL JUDGMENT - 4
No. 2:19-cv-00307-TSZ

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970