UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JASVIT S. TAHIM,

   Defendant.

C19-0307 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The motion to reopen case and modify consent decree, docket no. 5, filed by John Kannin of the Kannin Law Firm P.S. is STRICKEN without prejudice.  Kannin has not filed a Notice of Appearance, and thus, he is not authorized to file motions on behalf of defendant Jasvit S. Tahim.  In addition, Kannin's request to simply delete the words "tech support" from the Consent Decree and Final Judgment, docket no. 3, seems inconsistent with his stated purpose of enabling defendant to find employment in the computer industry.  The Consent Decree and Final Judgment, docket no. 3, prohibits and enjoins defendant from "directly or indirectly, assisting, facilitating or participating in any *tech support* business or money transmitting business."  *Id.* at ¶ 4 (emphasis added).  Removing the modifier "tech support" would result in defendant being prohibited and enjoined from "assisting, facilitating or participating in any business."

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record, to John Kannin at 119 SW 152nd Street, Burien, WA 98166, and to defendant pro se Jasvit S. Tahim at 2229 NE 197th Place, Shoreline, WA 98155.

Dated this 5th day of July, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1